Richard Thompson, 610-436-5582, P.O. Box 463, West Chester, PA 19380

In the Twelfth Court of Appeals
1517 W. Front St., Suite 354
Tyler, Texas 75702
Tel 903 593 8471, Fax 903 593 2193

Appeal: 12-15-00226-CV

From: Cause No. 2014-0349-CCL2

Richard Thompson  (heir in Estate of Wm. McGeorge)

vs.

Blackberry LC (aka Bob Anderson, Esq.) fax 903 232 1881



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 23 2015

TYLER TEXAS
PAM ESTES, CLERK

**Letter To: Barbara Duncan, Clerk, District Court, Gregg County, TX**

Re: **Bill of costs, 2014-0349-CCL2 ($320)**

Subject:  **Redirection to Plaintiff/Appellee (the initiator)**

Dear Ms. Duncan:

Please redirect your 5 Nov 15 Bill of Cost, **EXH A**, to the moving party, Plaintiff/Appellee, Bob Anderson who generated it.  I believe he will acknowledge his obligation and his need to have the record submitted as he has already begun his defense in the Twelfth Court of Appeals.  I am advising him to pay it through a copy of this letter.

In the alternate, trial court should absorb the costs which are of its own making - there was no cause of action against me as I had never been approached by Bob Anderson to sell my share of property, there was no appraisal and no offer - had there been, I might have agreed - at a fair price.  As it was, the court denied my motion for dismissal for lack of cause.

Again, when I praeciped to strike an ex-parte order authorizing sale of property 5/26/15, the Clerk ignored the relief to which I was entitled.  The court held a sham trial in disregard of the uncontested facts I properly filed and which are now the jurisdiction of Appeals Court.

Consequently, the Longview CCL2 has aided and abetted Bob Anderson in the taking of property under the false claim it had little or no value, and did so by creating the Bill of Cost he had threatened upon his victims.   Said Bill of Cost is the extortion inherently implied in any

1

lawsuit - it is proof Anderson has the ways and means of carrying out a threat. (This is not a legal right, he is acting outside the law - not merely beyond it, and you should not participate).

Your Bill of Cost does not itemize what you charge for, presumably copying pleadings ($320 / $.10 = 3200 pages?). The docket is public, Appeals Court can view as well as r/e speculators. The hearing was unnecessary and a travesty as the court ignored my written appearance, nonetheless I ordered a transcript (for my expense) that was never provided.

On top of the $320 you are billing me, (I acknowledge this is a discount from the $455 you originally quoted) I had to pay $205 just to get into Appeals Court; $525. This is the cost Anderson threatened, and how all the heirs have been frightened away or why they abandoned their rightful claims

Furthermore, the docket has been corrupted: no party identification is given to any pleading, nor the topic, let alone the actual captions, **EXH. B**. Without proper listing of motions and pleadings the hearing was corrupted, defendants prejudiced and appellate rights violated.

I respectfully request the record be corrected to state the actual captions submitted by the parties and their names. Listing documents by date alone conceals the true nature of case and covers up how property was taken without just compensation.

Please correct the docket and submit the entire file without delay - work it out with Bob Anderson - maybe find the money in court registry - or forgive it, there was no cause against me and the cost a fabrication to take property under color of law. There is still no appraisal and no dispute that the County assesses taxes at twice the price forwhich Anderson took it.

Note to Bob Anderson:

I believe these are properly yours, notwithstanding the District Clerk normally bills the Appellant in a typical case, but this is not a typical case.

You opted for a surprise public accusation and trial against me without any prior contact or conversation whatsoever, I was not heard, you took a property for $75,000 that I valued at $507,300 conservatively, and you never produced an appraisal. You misinformed the Estate on the value of the property, initiated a lawsuit behind my back and are by necessity a de facto moving (and indispensable) party on appeal because your taking was the product of collusion with the Receiver and cannot be sustained, it is null and void on its face for conflict of interest evidenced by his admitted inability to make an independent appraisal, for "ethical reasons."

The Clerk has never mailed me copies of the docket, which I requested, and am entitled. The hearing was absolutely unnecessary as my pleadings were more than sufficient to dismiss. You generated these costs, not me, to prove your ability to carry-out threats of civil suit to penalize defendants.

2

As you have already begun defense of your taking, I am sure you will want to expedite correction and submission of your record in Longview. Appeals court has granted you until Dec 2 to submit your record, I have submitted mine.

Served by First Class Mail hereby certified to the three parties addressed, 11/15/15.

Verified true and correct under penalty of law.

*Richard Thompson*

Richard Thompson

11/15/15

cc: Bob Anderson, Plaintiff/Appellee/Defendant

Katrina McClenny, Chief Deputy Clerk, Twelfth Court of Appeals

Addendum to my Memo of Law on Surface rights of 10/21/15:

This bill is a fruition of the tacit threat that resistance will result in a cash penalty. Billing court costs to victims of malpractice is a common strategy in collusive malpractice. Plaintiff persuaded heirs to sell their small shares in exchange for avoiding legal costs that would exceed his offer- having no other legal advice than Anderson 's, they were compelled to accept his checks.

3

STATEMENT
BILL OF COST
BARBARA DUNCAN
DISTRICT CLERK
GREGG COUNTY
LONGVIEW, TEXAS

DATE: November 05, 2015

CAUSE NO. **2014-0349-CCL2**

BLACKBERRY, LC
VS
ETHELWYNN BOWEN ET AL

RICHARD THOMPSON
P O BOX 463
WESTCHESTER PA 19380
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Total for Clerk's Record on Appeal                                    $ 320.00


                                    PAY THIS AMOUNT         **$ 320.00**


PLEASE SEND PAYMENT ON OR BEFORE NOVEMBER 12, 2015.
FAILURE TO DO SO WILL HINDER THE SUBMISSION OF THE CLERK'S
RECORD TO THE 12TH COURT OF APPEALS.

PLEASE RETURN COPY WITH REMITTANCE.


THANKS FOR YOUR COOPERATION,

**BRITNIE MINOR**

DEPUTY CLERK FOR
BARBARA DUNCAN
DISTRICT CLERK
P.O. BOX 711
LONGVIEW, TX 75606

# REGISTER OF ACTIONS
## CASE NO. 2014-0349-CCL2

*EXH. 13*

| BLACKBERRY, LC VS ETHELWYNN BOWEN ET AL | §<br>§<br>§<br>§<br>§<br>§ | Case Type: **Partition Suit**<br>Date Filed: **02/18/2014**<br>Location: **County Court at Law 2**<br>Judicial Officer: **Dulweber, Vincent, DC** |
|---|---|---|

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | BOWEN, ETHELWYNN | Pro Se |
| Defendant | CALLAHAN, TIMOTHY | JOHN W. MOORE<br>*Retained*<br>903-236-3500(W) |
| Defendant | ECKENRODE, LEE | |
| Defendant | ECKENRODE, TIMOTHY | |
| Defendant | FRANK, CHRISTINA | |
| Defendant | GAETH, BONNIE | |
| Defendant | KLIMCZACK, JOSEPH, Jr. | |
| Defendant | KLIMCZACK, ROBERT A | |
| Defendant | KOBAN, LUCY | |
| Defendant | Roling, TONY | |
| Defendant | TAYLOR, ELLEN | |
| Defendant | THE UNKNOWN HEIRS OF ANY OF THE ABOVE NAMED DEFENDANTS WHO ARE DECEASED | JOHN W. MOORE<br>*Retained*<br>903-236-3500(W) |
| Defendant | THE UNKNOWN HEIRS OF JOHN WILLIAM SHOEMAKER | JOHN W. MOORE<br>*Retained*<br>903-236-3500(W) |
| Defendant | THE UNKNOWN HEIRS OF MARY CLARK MCGEORGE | JOHN W. MOORE<br>*Retained*<br>903-236-3500(W) |
| Defendant | THE UNKNOWN HEIRS OF WILLIAM M. MCGEORGE, JR | JOHN W. MOORE<br>*Retained*<br>903-236-3500(W) |
| Defendant | THOMPSON, RICHARD | Pro Se |
| Defendant | YOCOM, THOMAS | |
| Plaintiff | BLACKBERRY, L C | Bob Anderson<br>*Retained*<br>903-232-1880(W) |

---

### EVENTS & ORDERS OF THE COURT

| | DISPOSITIONS | | |
|---|---|---|---|
| 05/19/2014 | Dismissed (Judicial Officer: Dulweber, Vincent, DC) | | |
| | Party() | | |

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 02/18/2014 | Plaintiff's Original Petition (OCA) | | |
| 02/24/2014 | Citation By Certified Mail | | |
| | BOWEN, ETHELWYNN | Served | 02/27/2014 |
| | | Response Received | 03/10/2014 |
| | | Returned | 03/03/2014 |
| | YOCOM, THOMAS | Unserved | |
| | TAYLOR, ELLEN | Served | 02/27/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/03/2014 |
| | THOMPSON, RICHARD | Returned Unserved | 06/09/2014 |
| | | Returned | 06/09/2014 |
| | ECKENRODE, LEE | Served | 03/01/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/04/2014 |
| | ECKENRODE, TIMOTHY | Served | 03/07/2014 |
| | | Response Due | 03/31/2014 |
| | | Returned | 06/05/2014 |
| | GAETH, BONNIE | Served | 02/26/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/13/2014 |
| | KOBAN, LUCY | Served | 02/27/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/03/2014 |
| | FRANK, CHRISTINA | Served | 02/27/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/03/2014 |
| | KLIMCZACK, JOSEPH, Jr. | Served | 03/14/2014 |
| | | Response Due | 04/07/2014 |
| | | Returned | 03/17/2014 |
| | KLIMCZACK, ROBERT A | Served | 02/27/2014 |
| | | Response Due | 03/24/2014 |
| | | Returned | 03/03/2014 |
| 03/03/2014 | Citation Return Registered Mail | | |
| 03/03/2014 | Citation Return Registered Mail | | |
| 03/03/2014 | Citation Return Registered Mail | | |
| 03/03/2014 | Citation Return Registered Mail | | |
| 03/03/2014 | Citation Return Registered Mail | | |
| 03/04/2014 | Citation Return Registered Mail | | |
| 03/10/2014 | Defendant Original Answer | | |
| 03/13/2014 | Citation Return Registered Mail | | |
| 03/17/2014 | Citation Return Registered Mail | | |
| 04/17/2014 | Citation By Certified Mail | | |
| | YOCOM, THOMAS | Served | 05/26/2014 |
| | | Response Due | 06/16/2014 |
| | | Returned | 06/04/2014 |
| 04/17/2014 | Return Of Service | | |
| 04/23/2014 | Motion To Dismiss | | |
| 04/24/2014 | Notice | | |
| 04/24/2014 | Litigation Control Order | | |
| 05/14/2014 | Motion To Dismiss | | |
| 05/14/2014 | Motion | | |
| 05/14/2014 | Letter | | |
| 05/19/2014 | Order | | |
| 06/04/2014 | Motion for Alternate Service | | |
| 06/04/2014 | Letter | | |
| 06/05/2014 | Citation Return Registered Mail | | |
| 06/05/2014 | Order Substitute Service | | |
| 06/05/2014 | Citation Return Registered Mail | | |
| 06/09/2014 | Citation Return Effort Registered Mail | | |
| 06/11/2014 | Reply | | |
| 06/19/2014 | Affidavit | | |
| 06/19/2014 | Letter | | |
| 06/23/2014 | Order | | |
| 06/24/2014 | Citation | | |
| 06/25/2014 | Citation Publication | | |
| | CALLAHAN, TIMOTHY | Returned Unserved | 07/17/2014 |
| | | Returned | 07/17/2014 |
| 06/25/2014 | Letter | | |
| 07/03/2014 | Waiver | | |
| 07/17/2014 | Citation Publication | | |
| | CALLAHAN, TIMOTHY | Served | 09/08/2014 |
| | | Response Due | 10/27/2014 |
| | THE UNKNOWN HEIRS OF JOHN WILLIAM SHOEMAKER | Unserved | |
| | THE UNKNOWN HEIRS OF MARY CLARK MCGEORGE | Unserved | |
| | | Unserved | |

|  | THE UNKNOWN HEIRS OF ANY OF THE ABOVE NAMED DEFENDANTS WHO ARE DECEASED THE UNKNOWN HEIRS OF WILLIAM M. MCGEORGE, JR | Unserved |
|---|---|---|

| 07/17/2014 | Return Of Service |
|---|---|
| 09/08/2014 | Citation by Publication Returned Sheriff |
| 09/09/2014 | Order Appointing Attorney Ad Litem |
| 09/09/2014 | Letter |
| 09/11/2014 | Designation of Expert Witness |
| 10/07/2014 | Amended Petition |
| 10/07/2014 | Notice Of Hearing |
| 10/17/2014 | Letter |
| 10/22/2014 | Supplemental Pleading |
| 10/23/2014 | Non-Jury Trial  (10:00 AM) () |
| 10/23/2014 | Supplemental Pleading |
| 10/23/2014 | Affidavit |
| 10/23/2014 | Affidavit |
| 10/24/2014 | Exhibit |
| 10/24/2014 | Statement Of Evidence |
| 11/12/2014 | Letter |
| 11/24/2014 | Order Of Sale |
| 11/26/2014 | Motion |
| 01/08/2015 | CANCELED  Pre Trial  (3:00 PM) () Other |
| 01/12/2015 | CANCELED  Jury Trial  (9:00 AM) () Other |
| 01/15/2015 | Motion |
| 01/26/2015 | Order |
| 01/26/2015 | Objection |
| 02/02/2015 | Objection |
| 02/24/2015 | Motion |
| 03/23/2015 | Report |
| 03/23/2015 | Proposed Order |
| 03/26/2015 | Amended Response |
| 04/13/2015 | Notice Of Hearing |
| 04/24/2015 | Application For Sale Of Real Property  (11:00 AM) () |
| 04/24/2015 | Order |
| 05/26/2015 | Motion To Strike |
| 06/03/2015 | Response |
| 06/05/2015 | Order Denying New Trial |
| 06/09/2015 | Motion To Strike |
| 07/31/2015 | Motion |
| 08/03/2015 | Docket Sheet |
| 08/03/2015 | Order |
| 08/05/2015 | Receipt |
| 08/06/2015 | Receipt |
| 08/07/2015 | Receipt |
| 08/10/2015 | Receipt |
| 08/14/2015 | Notice of Appeal |
| 08/17/2015 | Receipt |
| 08/18/2015 | Letter |
| 09/15/2015 | Letter |
| 09/15/2015 | Appeal |
| 09/16/2015 | Letter |
| 09/16/2015 | Letter |
| 09/29/2015 | Letter |
| 10/02/2015 | Letter |
| 10/09/2015 | Letter |
| 11/04/2015 | Letter |
| 11/05/2015 | Bill Of Costs |

## FINANCIAL INFORMATION

| | Applicant READER, MIKE | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 10.00 |
| | Total Payments and Credits | | | 10.00 |
| | **Balance Due as of 11/16/2015** | | | **0.00** |
| 01/26/2015 | Transaction Assessment | | | 2.00 |
| 01/26/2015 | e-Filing | Receipt # 001120-2015-DC | READER, MIKE | (2.00) |
| 04/13/2015 | Transaction Assessment | | | 2.00 |
| 04/13/2015 | e-Filing | Receipt # 005035-2015-DC | READER, MIKE | (2.00) |
| 04/24/2015 | Transaction Assessment | | | 2.00 |
| 04/24/2015 | e-Filing | Receipt # 005662-2015-DC | READER, MIKE | (2.00) |
| 06/05/2015 | Transaction Assessment | | | 2.00 |
| 06/05/2015 | e-Filing | Receipt # 007848-2015-DC | READER, MIKE | (2.00) |
| 08/03/2015 | Transaction Assessment | | | 2.00 |
| 08/03/2015 | e-Filing | Receipt # 010535-2015-DC | READER, MIKE | (2.00) |

| | | | | |
|---|---|---|---|---|
| | **Plaintiff BLACKBERRY, L C** | | | |
| | Total Financial Assessment | | | 1,041.00 |
| | Total Payments and Credits | | | 1,041.00 |
| | **Balance Due as of 11/16/2015** | | | **0.00** |
| 02/18/2014 | Transaction Assessment | | | 995.00 |
| 02/18/2014 | Payment | Receipt # 001336-2014-DC | Anderson, Bob | (995.00) |
| 06/04/2014 | Transaction Assessment | | | 2.00 |
| 06/04/2014 | e-Filing | Receipt # 004805-2014-DC | BLACKBERRY, L C | (2.00) |
| 06/19/2014 | Transaction Assessment | | | 2.00 |
| 06/19/2014 | e-Filing | Receipt # 005366-2014-DC | BLACKBERRY, L C | (2.00) |
| 06/25/2014 | Transaction Assessment | | | 10.00 |
| 06/25/2014 | e-Filing | Receipt # 005514-2014-DC | BLACKBERRY, L C | (10.00) |
| 06/30/2014 | Transaction Assessment | | | 22.00 |
| 06/30/2014 | e-Filing | Receipt # 005644-2014-DC | BLACKBERRY, L C | (22.00) |
| 07/03/2014 | Transaction Assessment | | | 2.00 |
| 07/03/2014 | e-Filing | Receipt # 005816-2014-DC | BLACKBERRY, L C | (2.00) |
| 09/11/2014 | Transaction Assessment | | | 2.00 |
| 09/11/2014 | e-Filing | Receipt # 007972-2014-DC | BLACKBERRY, L C | (2.00) |
| 10/07/2014 | Transaction Assessment | | | 2.00 |
| 10/07/2014 | e-Filing | Receipt # 008872-2014-DC | BLACKBERRY, L C | (2.00) |
| 10/07/2014 | Transaction Assessment | | | 2.00 |
| 10/07/2014 | e-Filing | Receipt # 008873-2014-DC | BLACKBERRY, L C | (2.00) |
| 03/27/2015 | Transaction Assessment | | | 2.00 |
| 03/27/2015 | e-Filing | Receipt # 004246-2015-DC | BLACKBERRY, L C | (2.00) |